No. 820, October Term, 1944. 10 EAST 40TH STREET BUILDING, INC. *v.* CALLUS ET AL. October 8, 1945. Order entered amending opinion. The petition for rehearing is denied.

Opinion reported as amended, 325 U. S. 578.

No. 111. DIBENEDETTO, INSPECTOR OF CUSTOMS, ET AL. *v.* MORGENTHAU, SECRETARY OF THE TREASURY. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia. October 8, 1945. Dismissed on motion of counsel for petitioners. *Mr. Charles A. Horsky* for petitioners. *Acting Solicitor General Cox, Messrs. Paul A. Sweeney* and *Joseph B. Goldman* for respondent.

No. 243. DEVEREUX FOUNDATION, INC. *v.* LEA ET AL. October 15, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Euclid* v. *Ambler Realty Co.,* 272 U. S. 365, 388, 390, and cases cited; *Zahn* v. *Board of Public Works,* 274 U. S. 325, 328, and cases cited; *Nectow* v. *Cambridge,* 277 U. S. 183. The petition for leave to intervene and for leave to file a motion to dismiss is denied. *Mr. Edward J. Griffiths* for appellant. *Mr. Joseph Neff Ewing* for petitioners.

No. 18, Misc. GRAY ET AL. *v.* BYBEE ET AL. October 15, 1945. The motion for leave to file a petition for writ of certiorari is denied.